**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Nudson G. Bacelar<br>       Debtor, | Chapter: 13<br>Case No: 09–17797<br>Judge Frank J. Bailey |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Case** was entered on 9/3/09 .

Date:9/4/09                                          By the Court,

                                                     Cynthia Young
                                                     Deputy Clerk
                                                     617–565–7447

10